UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,           :
:
                      Plaintiff,           :           21-CV-2168 (JMF)
:
           -v-                         :           SCHEDULING ORDER
:
SHAMOON OMER RAFIQ,                            :
:
                    Defendant.           :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that the default judgement conference in this matter, previously scheduled for **September 9, 2021, at 2:30 p.m.**, is RESCHEDULED for the **same day** at **10:30 a.m.** The conference will be held **remotely by telephone** in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       It is further ORDERED that Plaintiff serve Defendant via overnight courier with a copy of this Order, and promptly file proof of such service on the docket.

       SO ORDERED.

Dated: August 30, 2021
       New York, New York                        _____
                                                               JESSE M. FURMAN
                                                           United States District Judge